E-FILED
Tuesday, 21 December, 2004 08:56:21 AM
Clerk, U.S. District Court, ILCD

PS 42
(Rev 07/93)

DEC 16 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court

## Central District of Illinois

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| **vs** | ) |
| | ) |
| **Renate Huddleston** | ) |

**Case No.  04-6036M**

## CONSENT TO MODIFY CONDITIONS OF RELEASE

By agreement of both the Government and defense counsel, the below modification of the defendant's bond is recommended.

  7(y)  The defendant to be released from custody at 8 a.m. on December 17, 2004.

/s/ D. Hite                    12-16-04

DARRELL D. HITE               Date
U.S.  Probation Officer


[X]  The above modification of conditions of release is ordered, to be effective on _12·17·04_

[ ]  The above modification of conditions of release is not ordered.

/s/ John A. Gorman               12-16-04

HON. JOHN A. GORMAN            Date
Signature of Judicial Officer
jd