E-FILED
Tuesday, 21 December, 2004 04:39:55 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | WARRANT FOR ARREST |
| Plaintiff ) | | |
| ) | | |
| vs ) | | |
| ) | | CASE NO. 04-6036M |
| RENATE HUDDLESTON ) | | |
| c/o Salvation Army ) | | |
| 401 Northeast Adams Street ) | | |
| Peoria, IL 61603 ) | | |
| Defendant ) | | |

RECEIVED 2004 DEC -7 PM 4:25 US MARSHAL SERVICE CENTRAL ILLINOIS

FILED
DEC 21 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **RENATE HUDDLESTON**, and bring her forthwith to the nearest magistrate judge to answer Petition charging her with violation of condition(s) of pretrial release in violation of Title 18, United States Code, Section(s) 3148(b).

**JOHN A. GORMAN**
Name of Issuing Officer

**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

s/ John Gorman
Signature of Issuing Officer

12/7/04 Peoria, Illinois
Date and Location

**Bail fixed at $ NO BOND** by JOHN A. GORMAN, U.S. MAGISTRATE JUDGE.

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at  Federal Bldg - Peoria, IL.

| Date Received 12/07/04 | Name of Arresting Officer  Mike Pritchard | Signature of Arresting Officer  Tracy Carrell for M. Pritchard |
| Date of Arrest 12/07/04 | Title of Arresting Officer  DUSM | |